RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
HEIDI A. OJEDA
411 E. Bonneville Avenue, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Tel
(702) 388-6261/Fax

Attorneys for Juan Carlos Lopez-Guzman

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUAN CARLOS LOPEZ-GUZMAN,<br><br>Defendant. | Case No.: 2:15-CR-143-KJD-NJK<br><br>**STIPULATION TO CONTINUE THE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Susan Cushman, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi Ojeda, Assistant Federal Public Defender, counsel for Juan Carlos Lopez-Guzman, that the revocation hearing scheduled on Monday, June 15, 2015 at 9:00 a.m., be vacated and be continued to Wednesday, June 26, 2015 at 9 a.m.

This Stipulation is entered into for the following reasons:

1. Mr. Lopez-Guzman is pending sentencing in case number 14-cr-341-KJD-VCF for an illegal reentry conviction.

2. The conduct underlying the pending Petition for Revocation of Mr. Lopez-Guzman's supervised release in this case is based, in part of Mr. Lopez-Guzman's illegal re-entry conviction.

///

///

3. The parties request that Mr. Lopez-Guzman's revocation hearing that is currently set for June 15, 2015, be vacated and that this matter be heard at the same time of Mr. Lopez-Guzman's sentencing hearing, which is currently set for June 24, 2015 at 9:00 a.m.

4. Mr. Lopez-Guzman is in custody and agrees with this requested continuance.

Dated this 10th day of June, 2015.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
| */s/ Heidi A. Ojeda*<br>By:_____<br>HEIDI A. OJEDA<br>Assistant Federal Public Defender<br>Counsel for Juan Carlos Lopez-Guzman | */s/ Susan Cushman*<br>By:_____<br>SUSAN CUSHMAN<br>Assistant United States Attorney<br>Counsel for Plaintiff |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JUAN CARLOS LOPEZ-GUZMAN,<br><br>　　　　Defendant. | Case No.: 2:15-CR-143-KJD-NJK<br><br>ORDER |

　　　　Based on the pending Stipulation of counsel, and good cause appearing,

　　　　**IT IS THEREFORE ORDERED** that the revocation hearing currently scheduled for Monday, June 15, 2015 at 9:00 a.m., be vacated and continued Wednesday, June 24 2015 at 9 a.m.

　　　　DATED this 12th day of June, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3